IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD S. PALEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0938 |
| | ) | |
| K-B TOYS, INC., | ) | Honorable Donetta W. Ambrose |
| | ) | |
| Defendant. | ) | **ELECTRONIC FILING** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Richard S. Palek, by his attorneys, and Defendant KB Toys, Inc., by its attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

s/Joseph H. Chivers
Joseph H. Chivers
PA39184
jchivers@employmentrightsgroup.com
Suite 600
312 Boulevard of the Allies
Pittsburgh, PA 15222
(412) 227-0763 (Telephone)
(412) 281-8481 (Facsimile)

Counsel for Plaintiff,
Richard S. Palek

s/Cathy Bissoon
Cathy Bissoon
PA70371
cbissoon@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3268 (Telephone)
(412) 288-3063 (Facsimile)

Timothy P. Van Dyck
Windy R. Catino
EDWARDS ANGELL PALMER
   & DODGE LLP
111 Huntington Avenue
Boston, MA 02199

Counsel for Defendant,
KB Toys, Inc.

*Granted*
*Donetta F. Ambrose*
3-8-07